**Order entered September 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01581-CV

## IN THE INTEREST OF M.S.C. AND F.L.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 02-18056**

## ORDER

We **GRANT** appellee's motion for leave to file a sur-reply brief and **ORDER** the brief

tendered to the Clerk of the Court September 14, 2015 filed as of the date of this order.


/s/    CRAIG STODDART
       JUSTICE